# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Plaintiff: **Jose Morales**

vs.

Defendant(s): **Snohomish County**

Case Number: **19 CV-01094 -mcf**

FILED LODGED RECEIVED MAIL
JUL 15 2019

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS BY A PRISONER BRINGING A CIVIL ACTION**

DO NOT use this form if you are bringing a Petition for Writ of Habeas Corpus.

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) **Jose Carlos Morales-Marquez** declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security thereof. The nature of my action is *briefly* stated as follows: **Civil Suit for no wet floor sign.**

In support of this application, I answer *all* of the following questions:

1. Are you currently incarcerated?

   ☒ Yes   If "Yes" state the place of your incarceration **Snohomish County Jail**

   **You must also attach a certified copy of your prison trust account statement showing transactions for the past six months.**

   ☐ No   If "No" do not use this form.

2. Are you presently employed? ☒ Yes   Employer _____   Salary _____   ☐ No

3. For the past twelve months, list the amount of money you have received from any of the following sources.

   a. Business, profession or other self-employment                              $ 0
   b. Income from rent, interest or dividends                                    $ 0
   c. Pensions, annuities or life insurance payments                             $ 0
   d. Disability, unemployment, workers compensation or public assistance        $ 0
   e. Gifts or inheritances                                                      $ 0
   f. Money received from child support or alimony                               $ 0
   g. Describe any other source of income  **family**                            $ 800

Page of

4. List the amount for each of the following (include prison account funds):

Cash on hand $ 0     Checking Account $ 70     Savings Account $ 0

5. Do you own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   If Yes, describe the property and state its approximate value:

☐ Yes

☒ No

6. Are any persons dependent upon you for support? If Yes, state their relationship to you, and indicate how much you contribute toward their support each month. (Do not include names of minor children.)

☒ Yes   1; 8 month old baby (my daughter)   $ N/A

☐ No

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

N/A   $ N/A

8. Provide any other information that will help explain why you cannot pay court fees and costs.

Disabled permenatly and currently dont recieve SSI, was shot in back and paralized incomplete, still learning to walk.

I declare under penalty of perjury that the foregoing is true and correct.

7-11-19   *Jose Morales*
**Executed on: (Date)   Signature of Applicant**

### WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(b)

I (print your name) Jose Carlos Morales-Marquez
hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

7-11-19   *Jose Morales*
**Executed on: (Date)   Signature of Applicant**

# ACKNOWLEDGMENT AND AUTHORIZATION

Case Number _____

By choosing to bring a civil action, I acknowledge I am responsible for payment of the full $350.00 filing fee under 28 U.S.C. § 1915. I authorize the agency having custody of me to collect from my account and forward to the Clerk of the United States District Court the initial partial filing fee calculated under the Certification and Calculation section and payments pursuant to 28 U.S.C. § 1915(b).

I understand I am required to make monthly payments of twenty (20) percent of my preceding month's income credited to my account and the agency having custody of me will forward funds to the Clerk of the United States District Court each time the amount in the account exceeds ten ($10.00) dollars until the filing fee is paid in full.

7-11-19
Date

*Jose Morales*
Signature of Applicant

Jose Morales
Committed Name of Applicant

1971308
Inmate Number

Page of