UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE CARLOS MORALES MARQUEZ,<br><br>              Plaintiff,<br><br>     v.<br><br>SNOHOMISH COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>              Defendants. | CASE NO. C19-1094-JLR-MLP<br><br>REPORT AND RECOMMENDATION |

This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff submitted his complaint to this Court for filing on July 15, 2019, together with an application to proceed with this action *in forma pauperis*. (*See* Dkt. # 1.) On July 16, 2019, the Clerk sent Plaintiff a letter advising him that his *in forma pauperis* application was deficient because he failed to submit a certified copy of his prison trust account statement with the application. (Dkt. # 2.) Plaintiff was advised that he would have to correct this deficiency not later than August 15, 2019, or risk dismissal of this action. (*See id*.) On July 22, 2019, the Clerk's letter mailed to Plaintiff at the Snohomish County Jail, his address of record, was returned to the Court with a notation indicating that Plaintiff had been released from custody. (Dkt. # 4.) To date, Plaintiff has not provided the Court with an updated address.

REPORT AND RECOMMENDATION - 1

Because over sixty days have passed since mail directed to Plaintiff at his address of record was returned by the post office, and because Plaintiff has not notified the Court of his current address, this action should be dismissed, without prejudice, for failure to prosecute pursuant to LCR 41(b)(2). A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **October 30, 2019**. Objections, and any response, shall not exceed three pages. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar **fourteen (14)** days after they are served and filed. Responses to objections, if any, shall be filed no later than **fourteen (14)** days after service and filing of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on the date that objections were due.

DATED this 9th day of October, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2