UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE CARLOS MORALES MARQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>Defendants. | Case No. C19-1094-JLR<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) This matter is DISMISSED, without prejudice, for failure to prosecute pursuant to LCR 41(b)(2).

(3) The Clerk is directed to send copies of this Order to Plaintiff at his last known address and to Judge Peterson.

DATED this 30th day of October, 2019.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING ACTION - 1